IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Cr. No. 1:18CR10011-STA |
| | ) | |
| v. | ) | |
| | ) | |
| SPENCER EARNEST, II | ) | |
| Defendant. | ) | |

## ORDER

This Court has considered the joint motion of the parties to continue the trial in this matter, or remove it from the trial docket and reset for a report date, where the issues preventing the trial going forth may be addressed.

It appears there is an outstanding arrest warrant in this matter, and that the defendant's whereabouts are currently unknown. The motion to continue the trial date is GRANTED and the current trial date of March 4, 2019 is removed from the calendar. A new report date/scheduling conference will be held when the defendant is apprehended and taken into custody.

s/ S. Thomas Anderson
S. Thomas Anderson
Chief United States District Judge

Date: 2/11/2019